

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00229-CR

_____

BRANDON DAVID RILEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 3rd Judicial District Court
Anderson County, Texas
Trial Court No. 28331

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Brandon David Riley pled guilty to driving while intoxicated (DWI) and was sentenced to five years' incarceration.[1] His sentence was suspended, and he was placed on community supervision for a period of five years. Subsequently, the trial court revoked community supervision and imposed a five-year sentence of imprisonment. Riley filed a single brief in the appeal of this case and a companion case. However, his appellate brief states that we "should affirm the felony DWI." Our review of Riley's brief clarifies that all arguments on appeal relate to our companion cause number 06-09-00230-CR. Consequently, the trial court's judgment in this cause is affirmed.

Jack Carter
Justice

Date Submitted:     November 23, 2010
Date Decided:       November 24, 2010

Do Not Publish

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005). We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.